NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN KOES, individually and on behalf of other similarly-situated persons,<br><br>  Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE INDEMNITY COMPANY, an Illinois corporation; THE ALLSTATE CORPORATION, a Delaware corporation; TONY EVERTS, an individual, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. CV07-06311 R(FFMx)<br><br>**JUDGMENT** |

The Court, having granted Allstate's motion to dismiss, hereby enters judgment in favor of Allstate Insurance Company and Allstate Indemnity Company (collectively "Allstate") and against Dan Koes.

/ / /

/ / /

/ / /

/ / /

/ / /

1 It is furthered ordered and adjudged that Allstate recover costs.  Costs are to
2 be claimed on a Bill of Costs.

4 Dated: May 30, 2008
_____

_____
Manuel L. Real
United States District Court Judge

101093821.2